**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**July 25, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 02-31191
USDC No. 98-CV-1709

---

ST. PAUL MERCURY INSURANCE CO.; ET AL.,

                                        Plaintiffs,

HAYNES BEST WESTERN OF ALEXANDRIA; H.L. HAYNES; H.L. HAYNES,
Mrs.; AMERICAN GENERAL INSURANCE CO.; MARYLAND CASUALTY CO.;
H.L.&.H. HOLDING CO.,

                                        Plaintiffs-Appellees,

versus

SONYA WILLIAMSON, Individually and on Behalf of Her Minor
Children, ET AL.,

                                        Defendants,

SONYA WILLIAMSON, Individually and on Behalf of Her Minor
Children; ROBERT T. WILLIAMSON, Individually and on Behalf
of His Minor Children,

                                        Defendants-Appellants,

ABNER WILLIAMSON,

                                        Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
--------------------

Before JOLLY, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[1]

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.

Before the court is an appeal from an injunction imposed pursuant to FED. R. CIV. P. 62(c) related to an appeal which has now been decided.  See St. Paul Mercury Ins. Co. v. Williamson, ___ F.3d ___ (5th Cir. May 27, 2003), 2003 WL 21213368. Accordingly, the appeal is

DISMISSED AS MOOT.

---

R. 47.5.4.